```
BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:06-MJ-00108 |
| Plaintiff, | ) MOTION AND ORDER FOR |
| | ) DISMISSAL OF COMPLAINT AND |
| v. | ) WARRANT RECALLED |
| HEIDI HERNANDEZ, and | ) |
| RICARDO HERNANDEZ, aka | ) |
| Gregory Hernandez, aka | ) |
| Greg Hernandez, aka | ) |
| Jeff Hernandez, | ) |
| Defendants. | ) |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the complaint and recall the arrest warrant, against HEIDI HERNANDEZ, and RICARDO HERNANDEZ, in the interest of justice.

DATED: February 21, 2012        Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                By  /s/ David L. Gappa
                                    DAVID L. GAPPA
                                    Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:06-MJ-00108 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR DISMISSAL |
| v. ) | OF COMPLAINT AND WARRANT RECALLED |
| ) | |
| HEIDI HERNANDEZ, and ) | |
| RICARDO HERNANDEZ, aka ) | |
| Gregory Hernandez, aka ) | |
| Greg Hernandez, aka ) | |
| Jeff Hernandez, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED, that the complaint against HEIDI HERNANDEZ, and RICARDO HERNANDEZ, be dismissed and the arrest warrant be recalled in the interest of justice.

IT IS SO ORDERED.

Dated:  **February 21, 2012**           **/s/ Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE

2